UNITED STATES BANKRUPTCY COURT
EASEERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                   Chapter 13
JOHNNY R. TAYLOR                                    Case No.   17-24146-BEH
LORI A. TAYLOR

       Debtors.

_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **June 26, 2018 at 9:30 am**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 9122579 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

    Dated at Milwaukee, Wisconsin, on June 1, 2018.

                        /s/_____
                        Scott Lieske, Trustee
                        Robert W. Stack, Staff Attorney
                        Christopher D. Schimke, Staff Attorney
                        Sandra M. Baner, Staff Attorney
                        Chapter 13 Standing Trustee
                        P.O. Box 510920
                        Milwaukee, Wisconsin 53203
                        T: (414) 271-3943
                        F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
JOHNNY R. TAYLOR                             Chapter 13
LORI A. TAYLOR                               Case No. 17-24146-BEH
        Debtors.

---

### TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN
---

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

Debtors have filed First Amended Plan (Doc. 66) and Second Amended Plan (Doc. 70) but Debtors have failed to file a motion to amend their plan or serve the motion on creditors as required by local rule. Trustee asserts Debtors should withdraw Doc. 66 and Doc. 70 because they are not filed using the mandatory local form. Debtors have filed a proper Notice and Request to Modify Chapter 13 Plan (Doc. 77) but Debtors failed to serve One Main Financial with Notice and Request to Modify.

Failure to pay all disposable income as required by §1325(b). Debtors' amended Form 122C-2 shows disposable monthly income of $2,174.36 which is sufficient to pay 100% of allowed general unsecured claims. Debtors' plan proposes 0% to general unsecured creditors.

Debtors' plan fails to provide for retention of tax refunds.

Trustee is unable to determine how Debtors intend to treat student loan claims. Debtors' budget includes $700 monthly in student loan payments but Debtors' plan fails to state that student loans are being paid outside Debtors' plan as long term debts.

    Dated at Milwaukee, Wisconsin, on June 1, 2018

                        OFFICE OF CHAPTER 13 TRUSTEE

                        /s/_____
                        Scott Lieske, Chapter 13 Trustee
                        Robert W. Stack, Staff Attorney
                        Christopher D. Schimke, Staff Attorney
                        Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                                Chapter 13
JOHNNY R. TAYLOR &                             Case No. 17-24146-BEH
LORI A. TAYLOR,
                       Debtors.

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2018, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                OFFICE OF THE U.S. TRUSTEE
                ROLSMA LAW FIRM, S.C.

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                JOHNNY R. TAYLOR & LORI A. TAYLOR
                223 N. THIRD ST.
                DARIEN, WI 53114

      Dated:    June 1, 2018

                                                  /s/_____
                                                  Tongula Washington
                                                  Administrative Assistant
                                                  Office of the Chapter 13 Trustee
                                                  P.O. Box 510920
                                                  Milwaukee, WI 53203
                                                  T: (414) 271-3943
                                                  F: (414) 271-9344