## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:
    JOHNNY R. TAYLOR and                    Case No. 17-24146-beh
    LORI A. TAYLOR                             Chapter 13

              Debtor(s).

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

Johnny R. Taylor and Lori A. Taylor filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

Drafted By: William P. Nickolai, 1017534
Nickolai & Poletti, LLC
152 E. State Street
Burlington, WI  53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: bill@nickolailaw.com

## REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
   __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

   Plan shall be amended to provide for One Main Financial's claim secured by the 2006 Chevrolet Tahoe valued at $5,600.00. Estimated monthly payments are $104, with an estimated total paid through the plan being $6,240. Monthly adequate protection payment is $50.

   ### 3.5 Surrender of Collateral.

   This Plan shall serve as notice to creditor(s) of Debtor's intent to surrender the following collateral. Any secured claim filed by a secured lien holder whose collateral is surrendered at or before confirmation will have their secured claim treated as satisfied in full by the surrender of the collateral.

| Creditor | Collateral to be surrendered |
|---|---|
| CHRYSLER CAPITAL | 2008 JEEP WRANGLER |
| CAPITAL ONE AUTO FINANCE | 2008 CADILLAC CTS |

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

**CERTIFICATION**

The Debtors' attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted July 6, 2018.

_____                          _____
Johnny R. Taylor                                         Lori A. Taylor
Debtor                                                   Joint Debtor


 /s/ William P. Nickolai_____
William P. Nickolai
Attorney for Debtor
Nickolai & Poletti LLC
152 E. State Street
Burlington, WI 53105
(262) 757-8444
bill@nickolailaw.com